**STIP**
J. CHIP SIEGEL, CHTD.
Jay L. Siegel, Esq.
Nevada State Bar No. 4748
601 South 7th Street
Las Vegas, Nevada  89101
(702) 387-2447

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:15-mj-00570-CWH |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE SENTENCING** |
| DANIEL PAZ-HERRERA, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between JAY L. SIEGEL, attorney for Defendant, DANIEL PAZ-HERRERA, and Nadia Ahmed, Special Assistant United States Attorney, attorney for Plaintiff, UNITED STATES OF AMERICA, that the sentencing currently scheduled for July 20, 2016, at the hour of 9:00 a.m., be vacated and set to a date and time convenient to this Court.

This Stipulation is entered into for the following reasons:

/

/

/

- 1

1. Counsel will be out of the jurisdiction on that date.

2. This is the first request to continue the matter.

DATED this __8th__ day of June, 2016.

By __Jay L Siegel /s/_____   By_/s/ Nadia Ahmed_____
    JAY L. SIEGEL                            Nadia Ahmed
    Counsel for Daniel Paz-Herrera    Assistant U.S. Attorney
    601 South 7th Street               501 Las Vegas Boulevard South, Suite 1100
    Las Vegas, Nevada 89101        Las Vegas, Nevada 89101
    Attorney for Defendant              Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:15-mj-00570-CWH |
| ) | |
| vs. ) | **ORDER CONTINUING SENTENCING** |
| ) | |
| DANIEL PAZ-HERRERA, ) | |
| ) | |
| Defendant. ) | |

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

IT IS THEREFORE ORDERED that the sentencing currently scheduled July 20, 2016, at the hour of 9:00 a.m., be vacated and continued to Wednesday, August 24, 2016, at 9:00 a.m.

DATED June 10, 2016

_____
UNITED STATES MAGISTRATE JUDGE

- 3